IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIMOTHY JEROME BANKS,

    Petitioner,

v.                                      4:14cv97-WS/GRJ

JULIE L. JONES,

    Respondent.

_____

ORDER DENYING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed August 28, 2015.  See Doc. 14.  The magistrate judge recommends that Timothy Jerome Banks's petition for writ of habeas corpus be denied.  Banks has filed no objections to the magistrate judge's report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 14) is hereby ADOPTED and incorporated by reference into this order.

    2.  The petitioner's petition (doc. 1) for writ of habeas corpus is DENIED.

3.  The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DENIED."

4.  A certificate of appealability is DENIED.

DONE AND ORDERED this __13th__ day of __October__, 2015.

                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE